UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60595-CIV-DIMITROULEAS

GARFIELD SPENCE,

    Plaintiff,

vs.

905 SUNRISE LANE LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice (the "Notice") [DE 10], filed herein on May 29, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is hereby **APPROVED**.
2. This case is **DISMISSED WITH PREJUDICE**; and
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of May 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record